IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:13CR171-1
:
BELINDA GLOVER FRANKLIN :

The Grand Jury charges:

From on or about January 1, 2005, continuing up to and including on or about December 13, 2011, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, BELINDA GLOVER FRANKLIN, then being an employee of Branch Banking and Trust Company, that is, a bank teller, with intent to defraud, did on one or more occasions knowingly embezzle, abstract, purloin and willfully misapply moneys, funds and credits totaling approximately $128,500, belonging to and entrusted to the care of

Branch Bank and Trust Company, Greensboro, North Carolina, the deposits of which were then insured by the Federal Deposit Insurance Corporation; in violation of Title 18, United States Code, Section 656.

A TRUE BILL:

_____
FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY

_____
JOHN W. STONE, JR.
ACTING UNITED STATES ATTORNEY

2